|   |   |
|---|---|
| 1 | MICHELE BECKWITH<br>Acting United States Attorney |
| 2 | SAM STEFANKI<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**

Apr 22, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff,

　　v.

MICHAEL KEITH RUBINO,

　　　　　　　　Defendant.

CASE NO. 2:25-mj-0068 JDP

SEALING ORDER

**UNDER SEAL**

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of the Court.

Dated: April 22, 2025

_____
THE HONORABLE JEREMY D. PETERSON
United States Magistrate Judge